Paul A. PORTER, Administrator, Office of Price Administration, v. Carl ADAMS.

No. 3396.

Circuit Court of Appeals, Tenth Circuit.

Jan. 7, 1947.

David London, Director, Litigation Division, and Albert M. Dreyer, Chief, Appellate Branch, Office of Temporary Controls, both of Washington, D. C., and O. B. Martin, Office of Temporary Controls, of Oklahoma City, Okl., for appellant.

Bohanon & Adams, of Oklahoma City, Okl., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed for failure to prosecute.

Donald RICHARDS v. Charles E. JOINES et al.

No. 3415.

Circuit Court of Appeals, Tenth Circuit.

Jan. 15, 1947.

LaMar & Bailey, of Guymon, Okl., and Sparks, Boatman & Farrier, of Woodward, Okl., for appellant.

Harry C. Kirkendall, of Enid, Okl., and Wilcox & Wilcox, of Anthony, Kan., for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on application of appellant.